IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

| | | |
|---|---|---|
| IN RE: | * | Chapter 12 |
| | * | |
| BLOCKER FARMING ENTERPRISES, LLC, | * | Case No. 09-60004-LWD |
| | * | |
| CALE BLOCKER, | * | Case No. 09-60003-LWD |
| | * | |
| WILLIAM M. BLOCKER, JR., | * | Case No. 09-60002-LWD |
| | * | |
| Debtor. | * | |

## OBJECTION TO CONFIRMATION OF CHAPTER 12 PLAN

COMES NOW Growers Supply, Inc., a secured creditor in the above-referenced bankruptcy matter, and files this its objection to confirmation of the Debtor's Chapter 12 Plan and shows the Court the following:

1.

The Plan does not comply with the provisions of the United States Bankruptcy Code.

2.

The Plan has not been proposed in good faith.

3.

Growers Supply, Inc. has not accepted the Plan.

4.

The Plan does not provide that Growers Supply, Inc. retain its lien in the collateral securing its claim.

5.

As of the effective date of the Plan of the property to be distributed under the Plan on

account of Growers Supply, Inc.'s claim is less than the allowed amount of Growers Supply, Inc.'s claim.

6.

The Debtor does not propose to surrender the property securing Growers Supply, Inc.'s claim to Growers Supply, Inc.

7.

The Debtor will not be able to make all payments under the Plan and comply with the Plan, and the same is not feasible.

8.

The proposed Plan does not comply with provisions of 11 U.S.C. § 1222.

**WHEREFORE**, Growers Supply, Inc. prays that this Court deny confirmation of the Debtor's Chapter 12 Plan as proposed.

This 20th day of May, 2009.

OF COUNSEL:

FRANKLIN, TAULBEE, RUSHING,
SNIPES & MARSH, LLC
Post Office Box 327
Statesboro, Georgia 30459
(912) 764-9055

/s/ W. Keith McGowan
W. KEITH MCGOWAN
Georgia Bar No. 492935
Attorney for Growers Supply, Inc.

<u>CERTIFICATE OF SERVICE</u>

**GEORGIA, BULLOCH COUNTY**

This is to certify that I have this day served a copy of the foregoing Objection to Confirmation of Chapter 12 Plan upon:

| | |
|---|---|
| J. Michael Hall | A. Stephenson Wallace |
| Hall & Kirkland | Chapter 12 Trustee |
| Post Office Box 647 | Post Office Box 14308 |
| Statesboro, Georgia 30459 | Augusta, Georgia 30919 |
| mhall@hallandkirkland.com | aswall7trustee@bellsouth.net |

U.S. Trustee
Office of the U.S. Trustee
222 West Oglethorpe Avenue, Suite 302
Savannah, Georgia 31401
Ustpregion21.sv.ecf@usdoj.gov

electronically.

This 20th day of May, 2009.

/s/ W. Keith McGowan
W. KEITH MCGOWAN
Georgia Bar No. 492935
Attorney for Growers Supply, Inc.

OF COUNSEL:

FRANKLIN, TAULBEE, RUSHING,
SNIPES & MARSH, LLC
Post Office Box 327
Statesboro, Georgia 30459
(912) 764-9055